UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RAYMOND MILYO,

    Plaintiff,

                                     CIVIL NO. 02-CV-877 (WWE)

V.

INTER-TEL INC,

    Defendant

OCTOBER 27, 2003

**DEFENDANT'S RENEWED MOTION**
**FOR INVOLUNTARY DISMISSAL**

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the defendant, Inter-Tel Inc., hereby renews it motion to dismiss with prejudice the plaintiff's complaint for failure to prosecute his claim.

As detailed in the defendant's previous memoranda of law,[1] the defendant served its initial discovery requests on the plaintiff in December 2002. To date, the only discovery response produced by the plaintiff consists of an email dated July 10, 2003 containing the plaintiff's unsigned and unverified responses to the first eight (8) interrogatories.

The plaintiff has been on notice since June that his failure to comply with his discovery obligations could lead to dismissal of his complaint. Despite the many opportunities offered to the plaintiff to cure his non-compliance, the plaintiff has refused to do so. The plaintiff's pattern of engaging in delaying tactics instead of fulfilling his obligations under the Federal Rules of Civil Procedure demonstrates that the plaintiff has simply made the choice not to prosecute his

---

[1] See Defendant's Motion for Contingent Involuntary Dismissal, June 9, 2003 and Defendant's Renewed Motion for Involuntary Dismissal, August 25, 2003.

---

FILED 2004 MAR 30 P 12: 13 U.S. DISTRICT COURT BRIDGEPORT, CONN

WARREN W. EGINTON, Senior U.S.D.J.

DENIED AS MOOT. 3/30/04