*Well*
*3/30/04*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

March 30, 2004

10:00 a. m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **02-cv-877 (WWE)**    **Milyo v. Inter-Tel, Inc.**

William B. Barnes
Rosenstein & Barnes
1100 Kings Hwy East., Po Box 687
Suite 1C
Fairfield, CT 06430

David A. Kulle
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Erin O'Brien Choquette
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Scheduling Order hand-delivered by Barnes.*
*June 18th. S.C.*