FILED

2004 MAR 30 P 12: 13

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAYMOND MILYO | : | DN 02-CV-877 (WWE) |
| v. | : | |
| INTER-TEL, INC. | : | March 30, 2004 |

## SCHEDULING ORDER

On consent of the parties it is hereby ORDERED:

1. Plaintiff shall make complete production of all documents now owing to Defendant, and answer all interrogatories now propounded by Defendant which have not yet been answered in full, by April 9, 2004. The parties shall have until May 31, 2004 to complete depositions. Plaintiff's deposition by Defendant shall be completed before Plaintiff takes any depositions of his own. All further written discovery shall be propounded by April 15, 2004. Discovery shall conclude May 31, 2004.

2. Dispositive motions, if any, shall be filed on or before July 2, 2004. . The pretrial memorandum shall be filed on or before Aug. 2, 2004 if dispositive motions are not filed. If

dispositive motions are filed, the pretrial memorandum shall be filed within sixty days of the date of the ruling on said motions.

Dated at Bridgeport, Connecticut this 30th day of March, 2004

_____
HON. WARREN W. EGINTON
SENIOR UNITED STATES DISTRICT JUDGE