# United States District Court
# District of Connecticut

Milyo :
*Plaintiff* :
    v. : Case No. 3:02cv877(WWE)
:
Inter-Tel, Inc. et al :
*Defendant*

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge

____ A ruling on all pretrial motions except dispositive motions

____ To supervise discovery and resolve discovery disputes

____ A ruling on the following motions which are currently pending:
Doc#

**✖** A settlement conference

____ A conference to discuss the following:

____ Other:


SO ORDERED this __7th__ day of __December__, __2004__ at Bridgeport, Connecticut.


        _/s/_____
        Hon. Warren W. Eginton
        SENIOR UNITED STATES DISTRICT COURT JUDGE