UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
915 Lafayette Boulevard
Bridgeport, CT 06604

FILED
2005 MAR 16  P 4: 08
U.S. DISTRICT COURT
BRIDGEPORT, CT

Kevin F. Rowe
Clerk

3:02cv877  WWE - RAYMOND MILYO v. INTERTEL, INC.

NOTICE TO COUNSEL

Rule 41(b) of the Local Rules of this District provides:

"When counsel of record report to the Court that a Civil Action pending on its docket has been settled between the parties and no closing papers are filed within thirty (30) days thereafter, the Clerk shall enter an order of dismissal. Said dismissal shall be without costs and without prejudice to the right of any of the parties thereto to move within forty five (45) days thereafter to reopen if settlement has not, in fact, been consummated."

The case above, after being reported settled on March 15, 2005, is subject to being dismissed under this rule. Unless some action is taken or a satisfactory explanation of why it should not be dismissed is submitted to the Court on or before April 15, 2005, it will be dismissed

Dated at Bridgeport, Connecticut, this 15th day of March 2005.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk