UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAYMOND MILYO | : | DOCKET NO. 02-CV-877 (WWE) |
| | : | |
| V. | : | |
| INTER-TEL, INC. | : | |
| | : | APRIL 7, 2005 |

### CONSENT MOTION FOR VOLUNTARY DISMISSAL

Plaintiff respectfully moves pursuant to Fed. R. Civ. P. 41(a)(2) for an order on consent dismissing the above action with prejudice but without fees or costs to any party.

THE PLAINTIFF
RAYMOND MILYO

BY: /s/ Barnes
WILLIAM B. BARNES, ESQ.
(CT0268)
Rosenstein & Barnes
1100 Kings Hwy. East
P.O. Box 687
Fairfield, CT 06432
Tel (203) 367-7922
Fax (203) 367-8110
E-mail wbarnes@rosenbar.com

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via Federal Express, postage prepaid, on the 7th day of April, 2005, to the following:

William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
Fairfield, CT 06432

_____
Erin O'Brien Choquette